UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Khaim Khaimov,

Plaintiff,

Civil No. 01-559 (RHK/JGL)

vs.

**ORDER**

Minnesota Department of Corrections, Rebecca Kern, Louis Stender, Kent Larson, Brian Oshaughesly, Kevin Oguist, Paul Schneider, Steen, Mark Lund, Mark Busler, Spets, Rita George, Burrel, and Wayne Fredricson,

Defendants.

---

Before the Court are Plaintiff's Objections to the May 3, 2001 Report and Recommendation of Magistrate Judge Jonathan G. Lebedoff. The Court has conducted a de novo review of the objected to portions of the Report and Recommendation. That review satisfies the undersigned that Judge Lebedoff's recommended disposition of the issues before him is correct.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 13) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 12) is **ADOPTED**;

3. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 7) is **DENIED**;

FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 12 2001
DEPUTY CLERK

4. Plaintiff's Motion for Appointment of Counsel (Doc. No. 4) is **DENIED**;

5. Plaintiff's Motion Emergency Court Hearing (Doc. No. 3) is **DENIED**;

6. Plaintiff's Motion for the Temporary Restraining Order Against Defendants Minnesota Department of Corrections and The Employees (Doc. No. 5) is **DENIED**;

7. Plaintiff's Motion to Immediate Release or a Speedier Release from that Imprisonment (Doc. No. 6) is **DENIED**;

8. Plaintiff is required to pay the unpaid balance of the Court filing fee–namely $143.65–in accordance with 28 U.S.C. § 1915(b)(2);

9. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); and

10. For purposes of 28 U.S.C. § 1915(g), this action is **DISMISSED** on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 12, 2001

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JUN 12 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995