# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Khaim Khaimov

Plaintiff

v.

Minnesota Department of Corrections,
Rebecca Kern, Louis Stender, Kent Larson,
Brian Oshaughesly, Kevin Oguist,
Paul Schneider, Steen, Mark Lund,
Mark Busler, Spets, Rita George, Burrel,
and Wayne Fredricson

Defendants

Case No. Civil 01-559 RHK/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the objections are overruled. The Report and Recommendation is adopted. Plaintiff's application to proceed without prepayment of fees is denied. Plaintiff's motion for appointment of counsel is denied. Plaintiff's motion emergency court hearing is denied. Plaintiff's motion for the temporary restraining order against defendants MN Department of corrections and The Employees is denied. Plaintiff's motion to immediate release or a speedier release from the imprisonment is denied. Plaintiff is required to pay the unpaid balance of the unpaid balance of the court filing fee namely $143.65. This action is dismissed. This action is dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

DATE: June 12, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk